# ALABAMA COURT OF CRIMINAL APPEALS



November 17, 2023

**CR-2022-0527**
Cody Lamar Waller v. State of Alabama (Appeal from Lee Circuit Court: CC-17-482).

# <u>NOTICE</u>

You are hereby notified that on November 17, 2023, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk